IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JONATHAN DAVID WILKE

    Petitioner,                 JUDGMENT IN A CIVIL CASE

v.                 Case No. 14-cv-574-jdp

L.C. WARD,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Jonathan Wilke's petition for a writ of habeas corpus under 28 U.S.C. § 2241 and dismissing this case.

    /s/                 2/5/2016

Peter Oppeneer, Clerk of Court                 Date